UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| OLENA HORYAINOVA, | ) | |
|---|---|---|
| Appellant/Debtor, | ) | |
| v. | ) | Case No. 4:18-CV-00514-TCK-JFJ |
| KAREN CARDEN WALSH, Trustee. | ) | |

## OPINION AND ORDER

Before the Court is the appeal of the Bankruptcy Court's Order denying the Motion to Vacate Order Sustaining Objection as to Support Alimony filed by Appellant/Debtor Olena Horyainova. Doc. 2. The Magistrate Judge has entered a Report and Recommendation on the appeal, in which he concluded the Bankruptcy Court did not abuse its discretion in denying Appellant's Motion to Vacate, and recommended that the Court affirm the Bankruptcy Court's order denying the motion. Doc. 9. No objections to the Report and Recommendation have been filed.

Accordingly, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (Doc. 9) and denies Appellant's Motion to Vacate. Doc. 2.

ENTERED this 15th day of January, 2020.

TERENCE C. KERN
United States District Judge